AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | | |
|---|---|---|
| Daniel Timothy Kallbert | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 13CV876 |
| Brad Hoyt, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Defendants

Date: 01/15/2014

*Attorney's signature*

Michael J. Happe #1025879
*Printed name and bar number*

Weld, Riley, Prenn & Ricci, S.C.
3624 Oakwood Hills Parkway
Eau Claire, WI 54701
*Address*

mhappe@wrpr.com
*E-mail address*

(715) 839-7786
*Telephone number*

(715) 839-8609
*FAX number*