UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| Daniel Timothy Kallberg, | Case No.: 13CV876 |
| Plaintiff, | **DEFENDANTS' NOTICE OF DEPOSITION OF KAHLEY KALLBERG** |
| v. | |
| Brad Hoyt and Douglas County, | |
| Defendants. | |

PLEASE TAKE NOTICE that the testimony of Kahley Kallberg will be taken by oral examination pursuant to Fed. R. Civ. P. 26 and 30 on Wednesday, September 10, 2014, at 3:00 p.m. Conference Room 207C in the Douglas County Courthouse Building, 1313 Belknap Street, Superior, Wisconsin. This examination by oral deposition will be subject to continuance or adjournment from time to time or place to place until completed.

Dated: August 29, 2014

                                                WELD, RILEY, PRENN & RICCI, S.C.

                                                _/s/ Michael J. Happe_

**Address:**
3624 Oakwood Hills Parkway
P.O. Box 1030
Eau Claire, WI 54702-1030
(715) 839-7786

                                                 Michael J. Happe, #1025879
                                                 Attorneys for Defendants Brad Hoyt and
                                                 Douglas County