UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| Daniel Timothy Kallberg, | Case No.: 13CV876 |
| Plaintiff, | **DEFENDANTS' NOTICE OF DEPOSITION OF JAMES CIRILLI** |
| v. | |
| Brad Hoyt and Douglas County, | |
| Defendants. | |

PLEASE TAKE NOTICE that the testimony of James Cirilli will be taken by oral examination pursuant to Fed. R. Civ. P. 26 and 30 on Wednesday, September 10, 2014, at 1:00 p.m. Conference Room 207C in the Douglas County Courthouse Building, 1313 Belknap Street, Superior, Wisconsin. This examination by oral deposition will be subject to continuance or adjournment from time to time or place to place until completed.

Dated: August 29, 2014

WELD, RILEY, PRENN & RICCI, S.C.

*[signature]*

Michael J. Happe, #1025879
Attorneys for Defendants Brad Hoyt and
Douglas County

**Address:**
3624 Oakwood Hills Parkway
P.O. Box 1030
Eau Claire, WI 54702-1030
(715) 839-7786