UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| Daniel Timothy Kallberg, | Case No.: 13CV876 |
| Plaintiff, | **DEFENDANTS' AMENDED NOTICE OF DEPOSITION DUCES TECUM OF JAMES CIRILLI** |
| v. | |
| Brad Hoyt and Douglas County, | |
| Defendants. | |

PLEASE TAKE NOTICE that the testimony of James Cirilli will be taken by oral examination pursuant to Fed. R. Civ. P. 26 and 30 on Thursday, September 11, 2014, at 1:30 p.m. at the offices of James L Cirilli SC, 1215 Belknap Street, Superior, Wisconsin. This examination by oral deposition will be subject to continuance or adjournment from time to time or place to place until completed.

Please bring with you to the deposition the following documents:

1. All bills for any legal services for the representation of Daniel Kallberg relating in any way to the arrest on December 21, 2007, jailing, conviction, reopening and dismissal of conviction and reinstatement of Daniel Kallberg's driver's license.

Dated: September 2, 2014

WELD, RILEY, PRENN & RICCI, S.C.

_/s/ Michael J. Happe_
Michael J. Happe, #1025879
Attorneys for Defendants Brad Hoyt and
Douglas County

**Address:**
3624 Oakwood Hills Parkway
P.O. Box 1030
Eau Claire, WI 54702-1030
(715) 839-7786